CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 SEP -3 PM 2:00
DEPUTY CLERK_____ wb

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS, DIVISION

| | |
|---|---|
| AUGUSTINE PINA, JR.<br>  Petitioner, | §§§§§§§§ |
| -vs- | Civil Action No._____ |
| THE STATE OF TEXAS<br>  Respondent. | 3-21CV2114-B |

## MOTION TO CONTINUE INFORMA PAUPERIS STATUS

MAY IT PLEASE THE COURT:

**COMES NOW**, Augustine Pina, Jr., Petitioner, pro se moves for leave to continue informa pauperis status, pursuant to 28 U.S.C. §1815(a), based on his incarceration/inability to pay court cost/fees. Nor give securities, therefore concerning his attached Petition for Writ of Habeas Corpus.

The lower Courts have granted Informa Pauperis status and Petitioner now seeks review of substantial Constitution question of law.

EXECUTED ON this _21_ day of August, 2021.

Respectfully submitted,

*Augustine Pina jr.*
Mr. Augustine Pina, Jr.
TDCJ-ID#2152316
3001 South Emily Dr.
Beeville, Texas 78102