IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| AUGUSTINE PINA, JR., | § | |
|---|---|---|
| TDCJ No. 2152316, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:21-cv-2114-B-BN |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

( )  Signature of the attorney of record or each party proceeding pro se is required on each pleading, motion or other paper filed by that party. (*See* Federal Rule of Civil Procedure 11).

Petitioner(s) must submit a new and properly signed: ( ) petition; ( ) request to proceed *in forma pauperis*.

( )  A filing fee has not been paid nor has a request to proceed *in forma pauperis* been submitted.

(**X**)  The submitted request to proceed *in forma pauperis* [Dkt. No. 5] provides insufficient information to determine whether *in forma pauperis* status is appropriate. **Certificate of inmate trust account required.**

( )  Habeas corpus pleadings are not filed on the appropriate form.

**The Clerk of the Court shall take the following indicated action:**

**(X)** A true copy of this order shall be mailed to each Petitioner or Petitioner's attorney of record. No further process shall issue except upon further order of the Court.

**(X)** A form application to proceed *in forma pauperis* – prisoner shall be mailed to Petitioner.

( ) A form petition for habeas corpus relief shall be mailed to Petitioner.

It is hereby ORDERED that Petitioner Augustine Pina, Jr. must cure each deficiency by **October 11, 2021**. Failure to comply with this order will result in a recommendation that the petition be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: September 9, 2021

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE