IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 20 2021

CLERK, U.S. DISTRICT COURT
By_____
    Deputy

Augustine Pina, Jr #02152316
Plaintiff's Name and ID Number

TDCJ McConnell Unit
Place of Confinement

v.

Director, TDCJ-CID
Defendant's Name and Address

CASE NO. 3:21-cv-02114-B-BN
(Clerk will assign the number)

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, _Augustine Pina JR_, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☑ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☑ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☑ No
   d. Gifts or inheritances?  ☐ Yes  ☑ No
   e. Family or friends?  ☐ Yes  ☑ No
   f. Any other sources?  ☑ Yes  ☐ No

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.
   THE Source of the $73825 Inpetitioners Trust fund account Is from the CARES ACT. SEE Scholl, et al V. Mnuchin, et al Case No. 20-CV-05309-PJH
   * 9-8-21

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?  ☐ Yes  ☑ No

   If you answered YES, state the total value of the items owned.

   _____

1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes  ☒ No

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this __16TH__ day of __Sept__, 20__21__.

__Augustine Pina__   __02152316__
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

# CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the  William G McConnell Unit
                                              (name of institution)
where  Beeville, Texas                  , Inmate ID No. 02152316        , is confined
       (name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ 739.00  .

(2) During the past six months, the prisoner's:

  Average monthly balance was $ 200.00  .

  Average monthly deposits to the prisoner's account were $ 100.00  .

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this  16TH  day of  September , 20 21 .

_____
Authorized Officer

_____
Institution of Confinement

## Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

*Augustine Pina*
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. 02152316

3

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE           09/16/21
AITE/PT00084             IN-FORMA-PAUPERIS DATA                     09:43:56
TDCJ#: 02152316 SID#: 05448638 LOCATION: MCCONNELL       INDIGENT DTE:
NAME: PINA,AUGUSTINE                    BEGINNING PERIOD: 03/01/21
PREVIOUS TDCJ NUMBERS: 01082892 01175937 01522617 01590017 01785390
CURRENT BAL:         839.25 TOT HOLD AMT:          0.00 3MTH TOT DEP:    2,045.00
6MTH DEP:          2,425.00 6MTH AVG BAL:        529.54 6MTH AVG DEP:      404.17
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/21    1,637.67         135.00        05/21      145.44         195.00
07/21    1,618.27       1,435.00        04/21       85.26          85.00
06/21      311.17         475.00        03/21      252.43         100.00
```

STATE OF TEXAS COUNTY OF Bee
ON THIS THE 16 DAY OF September, 21, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

[Notary seal: MEGAN RHAE THOMPSON, NOTARY PUBLIC - STATE OF TEXAS, ID # 131356854, NOTARY WITHOUT BOND, My Commission Expires 11-20-2021]

United States District Court
Northern District of Texas
Dallas Division
1100 Commerce - Room 1452
Dallas, Texas 75242-1495

September 16, 2021



RE: AUGUSTIN PINA, JR -VS- DIRECTOR, TDCJ-CID NO. 3:21-2114-B-BN, NOTICE OF DEFICIENCY AND ORDER.

Dear Clerk,

Per the Courts order issued on September 8, 2021. Please file, serve and set a hearing date on:

1. Petitioner second Request to Proceed in forma pauperis and Certificate of his Inmate trust fund account for the past six (6) months.

Please return a stamped filed marked copy of the extra cover letter, in the postage pre-paid envelope.

Respectfully Submitted
Augustine Pina
MR. AUGUSTINE PINA, JR
TDCJ-ID 2152316
3001 South Emily Dr
Beeville, Texas 78102

MR. Augustine Pina JR
TDCJ-ID 02152316
3001 South Emily Dr
Beeville Texas 78102



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 SEP 2021 PM 3 L

SEP 2 2021

United States District Court
Office of The Clerk
1100 Commerce - Room 1452
Dallas, Texas 75242-1495

75242131310 C001