| | |
|---|---|
| **From:** | Docket Team |
| **To:** | 2254 |
| **Subject:** | 3:21-cv-02114-B-BN Pina v. Director, TDCJ-CID |
| **Attachments:** | 21-cv-2114.pdf |

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), Rule 4 of the Rules Governing Section 2254 Cases in the U.S. District Court, and prior agreement with your office, Respondent is electronically served a copy of the Petition for Writ of Habeas Corpus, supporting documents thereto, and the order directing response. Please acknowledge receipt of service by replying to this email, without attachments, inserting your name and date of receipt beside this statement: **Petition, supporting documents, if any, and Order(s) received by Office of Attorney General of Texas**.